UNITED STATES DISTICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RYAN CORDEIRO
ASHLEY CORDEIO
    VS                                     Case Number:19-CV-510

CARRINGTON MORTGAGE SERVICES, LLC
KORDE & ASSOCIATES, PC.

**MOTION TO ALTER AND AMEND JUDGMENT PURSUANT TO F.R.C.P.59(e)**

    Plaintiff, by his Attorney, moves that this Court pursuant to F.R.C.P 59(e), to alter and amend the Judgment entered on June 19, 2020:

    1. To vacate the Order of Dismissal on the grounds of manifest error and to reinstate the Federal RESPA and TILA Counts because the damages alleged in the complaint were concrete and substantial and in conformity with *Spokeo*.

    2. In the alternative to confirm that any dismissal of the Federal RESPA and TILA claims based on the holding in *Spokeo* was without prejudice and that due to the lack of jurisdiction this Court should remand those Counts to State Court.

In support of this Motion, Plaintiff files the attached Memorandum of Law.

RYAN CORDEIRO  
By his Attorney  

/s/ John B. Ennis  
John B. Ennis, Esq. #2135  
1200 Reservoir Avenue  
Cranston, RI 02920  
(401) 943-9230  
Jbelaw75@gmail.com

July 17, 2020

## CERTIFICATION

I hereby certify that I emailed a copy of the above Motion to the following electronically on this 17th day of July, 2020:

Carson Shea  
Christian Stephens  
Paul G. Manning

/s/ John B. Ennis